# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BOWIE, ) | |
|         Plaintiff, ) | |
| ) | C.A. No. 19-13 Erie |
| v. ) | District Judge Susan Paradise Baxter |
| ) | Magistrate Judge Richard A. Lanzillo |
| DAVID PERRY, et al., ) | |
|         Defendants. ) | |

## MEMORANDUM ORDER

This *pro se* civil rights action was commenced by the filing of a motion for leave to proceed *in forma pauperis*, along with an attached complaint, on January 14, 2019 [ECF No. 1]. This matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On January 22, 2019, Magistrate Judge Lanzillo issued an Order denying Plaintiff's motion for leave to proceed *in forma pauperis* and ordering Plaintiff to pay the required filing fee of $400.00 on or before February 22, 2019. [ECF No. 2]. After Plaintiff failed to comply with this Order, Judge Lanzillo issued a show cause Order requiring Plaintiff to pay the filing fee on or before April 19, 2019. [ECF No. 4].

After Plaintiff's continued failure to pay the filing fee, Judge Lanzillo issued a Report and Recommendation ("R&R") on May 13, 2019, recommending that this case be dismissed due to Plaintiff's failure to prosecute. [ECF No. 5]. Service of the R&R was made on Plaintiff at his address of record, via first class United States mail. Objections to the R&R were due from

Plaintiff by May 30, 2019; however, Plaintiff has failed to file any objections to date.

On May 14, 2019, this action was reassigned to the undersigned, as presiding judge, with Judge Lanzillo remaining as the referred magistrate judge. After de novo review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 7th day of June, 2019;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute. The report and recommendation of Magistrate Judge Lanzillo, issued May 13, 2019 [ECF No. 5], is adopted as the opinion of the court. The Clerk is directed to mark this case closed.

                                                SUSAN PARADISE BAXTER
                                                United States District Judge

cc:      The Honorable Richard A. Lanzillo
         U.S. Magistrate Judge

         all parties of record